# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139188

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re WALTER D. BALENGER.

_____

WALTER D. BALENGER, Deceased, HARRY
BALENGER, MIKE BALENGER, GREG
BALENGER, DEBBIE VARGO, ANNA
NICKELL, SCOTT BALENGER, and TRICIA
BALENGER,
          Appellees,

v

WENDY BALENGER, Personal Representative
of the Estate of WALTER D. BALENGER,
Deceased,
          Appellant.

SC: 139188
COA: 284438
Delta Probate Court:
05-020136-DE

_____/

        On order of the Court, the application for leave to appeal the May 21, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

s0921